DAVID POTTER, trustee, &c., appellant,

*v.*

MARY ALICE NIXON, administratrix, et al., respondents.

·[Submitted December 6th, 1913.  Decided March 16th, 1914.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *81 N. J. Eq. (11 Buch.) 338.*

*Messrs. Hampton & Fithian,* for the appellant.

*Mr. Walter H. Bacon,* for Mary Alice Nixon, administratrix, respondent.

*Mr. John B. R. Nixon,* for Mary Nixon Everett, executrix, &c., respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, HEPPENHEIMER—12.